UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN F. MURPHY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____ | ) No. 2:13-cv-1760 AC<br>)<br>)<br>)<br>)<br>) ORDER AWARDING EAJA FEES<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), ECF No. 16, IT IS HEREBY ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND EIGHT HUNDRED SIXTY TWO dollars and 52/100's ($4,862.52) plus costs in the amount of FOUR HUNDRED dollars ($400.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

////

Additionally, in light of the parties Stipulation the court HEREBY ORDERS that plaintiff's motion for attorney's fees, ECF No. 15, be denied as moot.

DATED: October 30, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE